O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-0443 AHM (JCx) | Date | March 26, 2009 |
|---|---|---|---|
| Title | RAHIMI & CO., et al. v. MICHAEL MUKASEY, et al. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys **NOT** Present for Plaintiffs:     Attorneys **NOT** Present for Defendants:

**Proceedings:**     IN CHAMBERS (No Proceedings Held)

 Good cause appearing, as set forth in the declaration of Arthur Rizer, the Court GRANTS the government's ex parte application to extend time to respond to the Complaint by thirty days, from March 24, 2009 up to and including April 23, 2009.[1]

|  | : |  |
|---|---|---|
| | Initials of Preparer | SMO |

---

[1] Docket No. 7.